171 A.3d 612

**ACKERMANN**

v.

**CVS PHARMACY**

**Pet. Docket No. 240, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

(No. 9577D, Circuit Court for Montgomery County.)

Petition for writ of certiorari denied.

171 A.3d 612

**ALSTON, Algee**

v.

**STATE of Maryland**

**Pet. Docket No. 287, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 2082, Sept. Term, 2016).

Petition for writ of certiorari denied.